USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/1/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENERATION II L.L.C.,

                Plaintiff,

   -v-

                         **ORDER**

                         21-CV-10508 (JLC)

PH 2003 UNIT LLC and BOARD OF
MANAGERS OF THE RESIDENTIAL
SECTION OF THE PLAZA
CONDOMINIUM,

                Defendants.
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Following the status conference held by telephone today, the Court will immediately refer the remaining parties to another magistrate judge to participate in a settlement conference to be held in the next 60 days.[1] Once the other magistrate judge is identified, either that judge or I will provide further information about scheduling the settlement conference. If the parties are unable to settle at or following the settlement conference, plaintiff and defendant PH 2003 Unit LLC ("PH 2003") will proceed with the following motion schedule: (1) plaintiff will move for summary judgment **no later than three weeks** after the settlement conference if it is unsuccessful; (2) **no later than three weeks** after plaintiff moves for

---

[1] At today's conference, the parties informed the Court that plaintiff and defendant Board of Managers of the Residential Section of the Plaza Condominium have reached a settlement, and a stipulation of dismissal is expected to be filed within the next two weeks. Thus, the settlement conference and any litigation to follow if the case is not settled will be solely between plaintiff and defendant PH 2003 Unit LLC.

1

summary judgment, PH 2003 will cross move for summary judgment; (3) plaintiff will then file reply and opposition papers **no later than two weeks** thereafter; and (4) PH 2003 will file its reply papers **no later than two weeks** thereafter.

Finally, as agreed to by the parties, all discovery will be stayed until the settlement conference is held, and, if the case is not settled, after the cross-motions are decided.

**SO ORDERED.**

Dated: August 1, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge