# CUOMO LLC

200 Old Country Road, Suite 2 South Wing, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

August 3, 2022

**VIA ECF**
Judge Gabriel Gorenstein

**MEMORANDUM ENDORSED**

RE: Generation II, L.L.C. v. PH2003 Unit LLC, et ano.
Docket No.: 21-cv-10508

Your Honor:

This office represents the defendant, PH2003 Unit LLC, in the above-referenced matter. The matter is scheduled for a settlement conference before your Honor on August 23, 2022. The adjuster handling this matter for AIG, my client's insurance carrier, will also be participating and will have direct authority with respect to any settlement negotiations.

However, I request that my client's representative be excused from participation in the conference. The plaintiff's claim is fully covered by insurance and the insurance carrier, AIG, has the right to settle, with or without approval or consent from my client. Further, my client's representative has no information about the loss other than she is a member of the client LLC which owned/owns apartment Unit 2003. Plaintiff's counsel has no objection to this request and the claims against the co-defendant Board of Managers will be settled by the time of the August 23 settlement conference.

Thank you for your attention to this matter.

Very truly yours,

Matthew A. Cuomo

MAC:kc

Application granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 3, 2022