USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GENERATION II L.L.C.,

                 Plaintiff,

    -v-

PH 2003 UNIT LLC and BOARD OF
MANAGERS OF THE RESIDENTIAL
SECTION OF THE PLAZA
CONDOMINIUM,

                 Defendants.
-------------------------------------------------------------X

**ORDER**

21-CV-10508 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court having been advised by Magistrate Judge Gorenstein that all claims asserted herein have been settled, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed within 30 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.

Any pending motions are moot. The Clerk is directed to close this case.

1

**SO ORDERED.**

Dated: August 25, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

2